Bernard B. Christ, Respondent, v. Henry C. Chetwood, Appellant. H. G. Loew, for respondent. J. G. Ritter for appellant. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

The Bradley & Currier Co., Appellant, v. James J. Lally, Respondent. G. F. Alexander, for appellant. Theo. H. Friend, for respondent. Leave to appeal to the Court of Appeals denied, with ten dollars costs.

Before DALY, Ch. J., and BOOKSTAVER, J.

Geo. W. Van Allen, Respondent, v. The Manhattan Elev. R. R. Co., Appellant. Wolff & Hodge, for respondent. Davies & Rapallo, for appellant. Motion to affirm order appealed from, no one appearing for appellant. Motion granted, with costs.

Herman Kahn, Respondent, v. N. Y. Elev. R. R. Co., Appellants. Wolff & Hodge, for respondent. Davies & Rapallo for appellants. Motion for reargument granted.